STATE of Missouri, Respondent,

v.

Jeffrey SAMUELS, Appellant.

No. WD 39550.

Missouri Court of Appeals,
Western District.

March 22, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Sean D. O'Brien, Public Defender, Jo
Ann Arnold, Asst. Public Defender, Kansas
City, for appellant.

William Webster, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before GAITAN, P.J., and
TURNAGE and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from convictions of assault in the
second degree, § 565.060 RSMo 1986, and
sentence of seven years' imprisonment;
armed criminal action, § 571.015 RSMo
1986, and sentence of three years' impris-
onment to be served consecutively to the
second degree assault conviction; and as-
sault in the third degree, § 565.070 RSMo
1986, and sentence of one year's confine-
ment to be served concurrently with the
second degree assault and armed criminal
action convictions, in addition to a fine of
$1,000.

Affirmed. Rule 30.25(b).